# United States District Court
### District of Maine

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RAHEEM CHILDERS | Case Number: 1:16-cr-00079-JAW |
| | USM Number: 12602-036 |
| | Phil Noland, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Standard Condition No. 5, Standard Condition No 7, Special Condition No. 1, Special Condition No. 4, Special Condition No. 6</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

☐ violation charge(s) _____ are withdrawn by the Government.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | **Violation of Standard Condition No. 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. | 8/15/24 |

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.: 2865 | January 21, 2025 |
| Defendant's Year of Birth: 1985 | Date of Imposition of Judgment |
| Defendant's Residence Address: No Fixed Address (City and State only) | /s/ John A. Woodcock, Jr. |
| | Signature of Judge |
| | John A. Woodcock, Jr., U.S. District Judge |
| | Name and Title of Judge |
| | January 21, 2025 |
| | Date |

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: RAHEEM CHILDERS
CASE NUMBER: 1:16-cr-00079-JAW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | **Violation of Standard Condition No. 7**: You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so. If you do not have full-time employment, you must try to find full-time employment unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances you must notify the probation officer within 72 hours of becoming aware of a change or expected change. | 8/15/24 |
| Three | **Violation of Special Condition No. 1**: Defendant shall participate in mental health treatment, as directed by the supervising officer, until released from program by the supervising officer. Defendant shall pay/co-pay for services during such treatment, to the supervising officer's satisfaction. | 8/15/24 |
| Four | **Violation of Special Condition No. 4**: Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests. | 8/15/24 |
| Five | **Violation of Special Condition No. 6**: Defendant shall reside at a sober living facility, as approved by the supervising officer, for a period of 6 months, to begin as soon as practicable following release. | 8/15/24 |

AO 245D  (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 2 -- Imprisonment

Judgment—Page 3 of 3

DEFENDANT: RAHEEM CHILDERS
CASE NUMBER: 1:16-cr-00079-JAW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of <u>8 months.</u>

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district,
  ☐ at ____ ☐ a.m. ☐ p.m. on ____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
  ☐ before 2 p.m. on ____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL